# EXHIBIT A

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| SCOTT A. BRIGHT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KALSHIEX LLC, a Delaware limited liability company; and KALSHI INC., a Delaware corporation,<br><br>Defendants. | NO.<br><br>**SUMMONS (20 DAYS)** |

**TO DEFENDANT KALSHI INC.:**

A lawsuit has been started against you in the above-entitled court by Plaintiff Scott A. Bright. Plaintiff's claims are stated in the written Complaint, a copy of which is served upon you with this Summons.

In order to defend against this lawsuit, you must respond to the Complaint by stating your defense in writing, and serve a copy upon the undersigned attorney for Plaintiff within TWENTY (20) DAYS after the service of this Summons if served within the State of Washington, excluding the day of service. If you fail to do so, a default judgment may be entered against you without notice. A default judgment is one where Plaintiff is entitled to what he asks for because you have not responded.



DAUDT LAW PLLC
101 Yesler Way, Suite 600
Seattle, Washington 98104
TEL. 206.445.7733 • FAX 206.445.7399

If you serve a notice of appearance upon the undersigned attorney, you are entitled to notice before a default judgment may be entered.

You may demand that Plaintiff file this lawsuit with the court. If you do so, the demand must be in writing and must be served upon Plaintiff. Within fourteen (14) days after you serve the demand, Plaintiff must file this lawsuit with the court, or the service on you of this Summons and Complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This Summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State of Washington.

RESPECTFULLY SUBMITTED AND DATED this 24th day of September, 2026.

DAUDT LAW PLLC

By: ______________________________

Michael D. Daudt, WSBA #25690
Email: mike@daudtlaw.com
101 Yesler Way, Suite 600
Seattle, Washington 98104
Telephone: (206) 445-7733
Facsimile: (206) 445-7399

*Attorney for Plaintiff Scott A. Bright*