The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT A. BRIGHT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KALSHIEX LLC, a Delaware limited liability company; and KALSHI INC., a Delaware corporation,<br><br>Defendants. | Case No. 2:26-cv-04091<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY PROCEEDINGS |

THIS MATTER comes before the Court on Defendants KalshiEX LLC and Kalshi Inc.'s (together, "Defendants") Motion to Stay Proceedings (the "Motion"). Dkt. # ___. Having considered the Motion, any response and reply thereto, and the remainder of the record, the Court ORDERS as follows:

1. The Motion is GRANTED.

2. This action is STAYED in its entirety for an initial period of six (6) months from the date of this Order.

3. The parties shall file a joint status report every ninety (90) days from the date of this Order, and within fourteen (14) days after the Supreme Court's disposition of the petition for a writ of certiorari in *Flaherty v. KalshiEX LLC*, No. 26-299, and any related or similar



Duane Morris LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127

petitions.

4. Any party may move to extend or lift the stay based on the Supreme Court's disposition of any such petition or other changed circumstances.

Dated this ___ day of ____________, 2026.

______________________________________
The Honorable Tana Lin
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Jessica E. La Londe*
Jessica E. La Londe (WSBA# 56399)
*Attorney for Defendants*



Duane Morris LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127