# CERTIFICATE OF SERVICE

I certify that on the date stated below, I caused a true and correct copy of the foregoing **DEFENDANTS' MOTION TO STAY PROCEEDINGS** to be served on the following persons in the manner indicated below:

| | |
|---|---|
| **X** | **BY U.S. FIRST CLASS MAIL**: I enclosed the documents in a sealed envelope or package addressed to the person(s) listed below by placing the envelope or package(s) for collection and transmittal by United States Postal Service first class mail pursuant to my firm's ordinary business practices, which are that on the same day the envelope or package is placed for collection, it is deposited in the ordinary course of business with the USPS for mailing, with all charges fully prepaid. |
| **X** | **BY ELECTRONIC SERVICE**: I caused the document to be sent to the person(s) at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

| | |
|---|---|
| Michael Daudt<br>Daudt Law PLLC<br>101 Yesler Way, Suite 600<br>Seattle, WA 98104<br>Email: mike@daudtlaw.com | *Attorney for Plaintiff* |

Dated: October 30, 2026

*/s/ Jessica E. La Londe*
Jessica E. La Londe (WSBA# 56399)
jelalonde@duanemorris.com

*Attorney for Defendants*



Duane Morris LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127