The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT A. BRIGHT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KALSHIEX LLC, a Delaware limited liability company; and KALSHI INC., a Delaware corporation,<br><br>Defendants. | Case No. 2:26-cv-04091<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS |

THIS MATTER comes before the Court on Defendants KalshiEX LLC and Kalshi Inc.'s (together, "Defendants") Motion to Dismiss (the "Motion"). Dkt. # ___. Having considered the Motion, any response and reply thereto, and the remainder of the record, the Court ORDERS as follows:

1. The Motion is GRANTED.
2. This Complaint is DISMISSED in its entirety against Defendants.

Dated this ___ day of ____________, 2026.

______________________________
The Honorable Tana Lin
UNITED STATES DISTRICT JUDGE



Duane Morris LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127

Presented by:

*/s/ Jessica E. La Londe*

Jessica E. La Londe (WSBA# 56399)
*Attorney for Defendants*



Duane Morris LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127